# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                    Civil Action
                                                    No: 11cv11800-WGY

**Gigi Marcotte**

**Plaintiff**

v.

**Associated Credit Services, Inc.**
**Defendant**

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**


        The Court having been advised on February 10, 2012 that the above-entitled action has been settled:

        IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.


                                        By the Court,

                                        /s/Matthew A. Paine
                                        _____
                                        Deputy Clerk




February 10, 2012


To: All Counsel